UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>23-438-04<br><br>                    Defendant. | 4:23-MJ-0294-VLD<br><br><br>ORDER |

The United States has advised this court that the reasons which originally supported the sealing of this case are no longer extant.  Accordingly, good cause appearing, it is hereby

ORDERED that this case shall be unsealed.

DATED this 13th day of March, 2025.

BY THE COURT:

*Veronica L. Duffy*

VERONICA L. DUFFY

United States Magistrate Judge